HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VLADIK BYKOV,

    Plaintiff,

v.

7435 159TH PLACE NE, LLC, et al.,

    Defendants.

CASE NO. C08-802RAJ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

To date, the Plaintiff, proceeding *pro se*, has filed five separate motions for summary judgment. *See* Pltf.'s Mots. (Dkt. ## 46, 52, 58, 60, 69). These motions, in sum, exceed the page limit for summary judgment motions as provided by Local Rules W.D. Wash. CR 7(e) (setting a 24-page limit on a summary judgment motion). That rule strongly discourages the filing of multiple summary judgment motions to avoid the page limit, and provides that successive motions may be stricken. *See* Local Rule CR 7(e)(3).

MINUTE ORDER – 1

The court is particularly concerned about the filing of successive motions in this case, where to date Plaintiff's summary judgment motions have addressed one claim each, and Plaintiff's complaint lists 75 claims.

In order to prevent the Plaintiff's multiple summary judgment motions from placing an undue burden on both the Defendants and the court, and in compliance with Local Rule CR 7(e)(3), the court directs the Plaintiff to consolidate all of his summary judgment motions into one motion. The clerk is directed to remove all of Plaintiff's pending summary judgment motions (Dkt. ## 46, 52, 58, 60, 69) from the court's calendar. If Plaintiff believes he needs more than 24 pages for his single summary judgment motion, he may consider requesting leave to file an overlength brief under Local Rule CR 7(f).

DATED this 29th day of January, 2009.

BRUCE RIFKIN,
Clerk of the Court

　/s/ Consuelo Ledesma
Deputy Clerk

MINUTE ORDER – 2