THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VLADIK BYKOV,<br>　　　　　　Plaintiff,<br>　v.<br>7435 159th PLACE NE, LLC, et al.,<br>　　　　　　Defendants. | NO. 08-0802RAJ<br><br>ORDER |

This matter comes before the court on Plaintiff's motion for alternative dispute resolution and stay (Dkt. # 121). The court has considered the Plaintiff's motion and the balance of the record, and DENIES the motion.

DATED this 5th day of May, 2009.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1